PEOPLE *v* CANNON. Appeal from Recorder's Court of Detroit, John R. Murphy, J. Submitted Division 1 March 7, 1972, at Detroit. (Docket No. 12858.) Decided March 31, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Robert A. Reuther*, Assistant Prosecuting Attorney, for the people.

*George C. Dovas*, for defendant on appeal.

Before: LEVIN, P. J., and V. J. BRENNAN and VAN VALKENBURG, JJ.

MEMORANDUM OPINION. Defendant was tried and found guilty of felonious assault, MCLA 750.82; MSA 28.277, was sentenced to three to four years in prison and appeals.

An examination of the record and briefs discloses more than sufficient evidence upon which guilt beyond a reasonable doubt could be found.

Affirmed.